Rumfola *v.* Community Consumers Discount Company of Clearfield, Appellant.

Argued September 27, 1955.   Before STERN, C. J., STEARNE, JONES and MUSMANNO, JJ.

*Robert V. Main,* with him *Frank G. Smith, Frank A. Whitsett, Joseph J. Lee,* and *Smith, Maine, Whitsett & Lee,* for appellant.

*Carl A. Belin,* with him *Chaplin & Arnold,* for appellee.

OPINION PER CURIAM, November 14, 1955:

The judgment is affirmed on the opinion of President Judge PENTZ reported at 3 D. & C. 2d 723.